# EXHIBIT 4

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE

| | |
|---|---|
| JACKIE TIDWELL, | ) |
| Plaintiff, | ) |
| v. | ) DOCKET NO. 11987 |
| BIG LOTS STORES, INC., TV PRODUCTS USA, INC. and ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD. | ) |
| | ) JURY DEMAND |
| Defendants. | ) |

### ORDER GRANTING JUDGMENT BY DEFAULT AND SETTING HEARING ON THE ISSUE OF DAMAGES

This cause came on to be heard on Friday, May 22, 2009, upon motion of the plaintiff for a judgment by default against the defendant Zhejiang Jiandi Trading & Industrial Co., Ltd., and to set for hearing on the issue of damages. It appeared to the Court that the motion was not opposed, was well taken and should be granted.

It is accordingly ORDERED that plaintiff be, and is hereby, awarded a judgment by default against the defendant Zhejiang Jiandi Trading & Industrial Co., Ltd.

It is further ORDERED that a hearing on the amount of damages to be awarded the plaintiff is set on June 26, 2009 at 9:00 a.m. before this Court.

ENTERED this 27 day of May, 2009.

_____
STELLA L. HARGROVE, JUDGE

703

APPROVED FOR ENTRY:

NORRIS & NORRIS, PLC

_____
John L. Norris  (BPR #6007)
Christina Norris  (BPR #6599)
Fifth Third Center
424 Church Street, Suite 1300
Nashville, Tennessee 37219
(615) 627-3959

Attorneys for Plaintiff


### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of May, 2009, a copy of the foregoing Order was forwarded via U.S. Mail, postage prepaid to:

Zhejiang Jiandi Trading & Industrial Co., Ltd.
Shihou Industrial Zone
Yongkang, Zhejiang 321306, China

_____
John L. Norris

2