# EXHIBIT 5

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE

JACKIE TIDWELL, )
)
    Plaintiff, )
)
v. ) DOCKET NO. 11987
)
BIG LOTS STORES, INC., TV PRODUCTS )
USA, INC. and ZHEJIANG JIANDI )
TRADING & INDUSTRIAL CO., LTD. )
) JURY DEMAND
)
    Defendants. )

## ORDER GRANTING JUDGMENT AGAINST DEFENDANT ZHEJIANG JIANDI TRADING & INDUSTRIAL CO., LTD.

A default judgment having been granted against the defendant Zhejiang Jiandi Trading & Industrial Co., Ltd., this cause was set for hearing on June 26, 2009 on the amount of damages to be awarded plaintiff against said defendant. Based upon the testimony of plaintiff in open court, the statements of counsel for the plaintiff and the entire record in this cause, it appeared to the Court that the plaintiff, Jackie Tidwell, should be, and is hereby, awarded a judgment against the defendant Zhejiang Jiandi Trading & Industrial Co., Ltd. in the amount of SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000.00), for the collection of which execution may issue. The Clerk's Bill of Costs is taxed to the defendant Zhejiang Jiandi Trading & Industrial Co., Ltd.

ENTER this 30 day of June, 2009.

_____
STELLA L. HARGROVE, JUDGE

APPROVED FOR ENTRY:

NORRIS & NORRIS, PLC

_____
John L. Norris  (BPR #6007)
Christina Norris  (BPR #6599)
Fifth Third Center
424 Church Street, Suite 1300
Nashville, Tennessee  37219
(615) 627-3959

Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2009, a copy of the foregoing Order was forwarded via U.S. Mail, postage prepaid to:

Zhejiang Jiandi Trading & Industrial Co., Ltd.
Shihou Industrial Zone
Yongkang, Zhejiang 321306, China

_____
John L. Norris

2