UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

      :

JACKIE TIDWELL,       :

      :

                        Plaintiff,       :

      -against-       :

      :

ZHEJIANG JIANDI TRADING & INDUSTRIAL   :
CO., LTD.,       :

      :

                     Defendant.       :

------------------------------------------------------------- X

**ORDER GRANTING DEFAULT
JUDGMENT**

13 Civ. 4867 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        WHEREAS the Circuit Court for Maury County, Tennessee ("Tennessee Circuit Court") granted judgment by default for Plaintiff on May 27, 2009;

        WHEREAS the Tennessee Circuit Court held a damages hearing, noticed to the Defendant, on June 30, 2009, and awarded judgment for the Plaintiff in the amount of $750,000;

        WHEREAS the judgment was served on the Defendant and Defendant failed to satisfy the $750,000 due; and

        WHEREAS Plaintiff moves for summary judgment in lieu of complaint pursuant to Fed. R. Civ. P. 69 and CPLR § 3213 for the domestication of the Tennessee Circuit Court's orders granting judgment by default and ordering judgment in the amount of $750,000;

        IT IS HEREBY ORDERED THAT Plaintiff's motion for summary judgment in lieu of complaint is granted on the merits and without opposition. The Clerk shall enter judgment for Plaintiff in the sum of $750,000, plus interest and costs.

        SO ORDERED.

Dated:       August ___, 2013
               New York, New York

                              ALVIN K. HELLERSTEIN
                             United States District Judge