UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JACKIE TIDWELL,

                Plaintiff,

    -against-

ZHEJIANG JIANDI TRADING & INDUSTRIAL
CO., LTD.,

                Defendant.
------------------------------------------------------------ X

**ORDER DENYING APPLICATION FOR A RECEIVER**

13 Civ. 4867 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

I hereby deny Plaintiff's ex parte application for the appointment of a receiver. Other, less drastic, supplementary proceedings are just as efficacious, and the appropriateness of appointing an officer of the court, accountable to the court, is not apparent. However, Plaintiff may renew the motion if any property or assets of Defendant are discovered that may warrant such a remedy.

SO ORDERED.

Dated:    August __, 2013
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge