ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NY 10007-1581
(212) 805-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/13

**TO:** Concerned Parties

**FROM:** Brigitte Jones, Courtroom Deputy
by Order of Judge Alvin K. Hellerstein

**Date:** 12/3/13

Re: Tidwell v Zhejiany Jiandi Trading & Industrial Co. Ltd., et al. - 13 Civ. 5701 and 13 Civ. 4867 (AKH)

The initial pre-trial conf. previously scheduled for 12/6/13 is hereby adjourned.

You are hereby notified that you are required to appear for an initial pre-trial conf.

> Date: 12/12/2013
> Time: 10:00 am
> Place: U.S. Courthouse - Southern District of New York
> 500 Pearl Street
> Courtroom 14D
> New York, New York 10007

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to <u>all counsel</u> involved in this case and retaining verification of such in the case file. Do not fax such verification to Chambers.

So Ordered,

*[signature]*

12-3-13